UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Thomas J. Higgins<br><br>Debtor<br>HSBC Consumer Lending Mortgage Services,<br>Inc., or its Successor or Assignee<br>Movant<br>vs.<br><br>William C. Miller, Trustee, Trustee<br>Thomas J. Higgins<br><br>Respondent | Chapter 13<br>Bankruptcy No. 11-19183 JKF |

**OBJECTION OF HSBC CONSUMER LENDING MORTGAGE SERVICES, INC TO
CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

HSBC Consumer Lending Mortgage Services, Inc.(hereinafter Creditor) is a secured creditor of the above Debtor and by its counsel hereby objects to the Debtor's Chapter 13 Plan as follows:

1. Creditor filed a Proof of Claim on or about May 21, 2012 indicating that the principal balance of its claim is $88,477.74, and that its arrearage claim is $20,857.14.

2. The Debtor's Chapter 13 Plan proposes to pay $0.00 towards Creditor's arrears.  Said amount does not cover total arrearage claim.

3. Section 1322(b)(2) of the Bankruptcy Code does not permit the debtors through the Plan to modify the rights of secured creditors holding an interest in real property that is the debtors principal residence.  To the extent the Plan attempts to do so, it can not be confirmed.

WHEREFORE, for the foregoing reasons, HSBC Consumer Lending Mortgage Services, Inc. requests that an Order be entered denying confirmation of Debtor's Chapter 13 Plan and for such other and further relief as is just.

/s/  Kevin T. McQuail
MARGARET GAIRO, ESQUIRE, I.D.# 34419
MARISA J. COHEN, ESQUIRE, I.D. # 87830
KEVIN T. McQUAIL, ESQUIRE, I.D. # 307169
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
Attorney for HSBC CONSUMER LENDING
MORTGAGE SERVICES, INC
123 South Broad Street, Suite 1400
Philadelphia, PA  19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Thomas J. Higgins<br><br>             Debtor<br><br>HSBC CONSUMER LENDING MORTGAGE SERVICES, INC, or its Successor or Assignee<br>             Movant<br>                        vs.<br><br>William C. Miller, Trustee, Trustee<br>Thomas J. Higgins<br><br>             Respondent | Chapter 13<br>Bankruptcy No. 11-19183 JKF |

## CERTIFICATION OF SERVICE

I, Kevin T. McQuail, attorney for HSBC Consumer Lending Mortgage Services, Inc., hereby certify that I served a true and correct copy of the foregoing Objection of HSBC Consumer Lending Mortgage Services, Inc. to Confirmation of the Debtor's Chapter 13 Plan, by United States Mail, first class, postage prepaid, and/or electronic means, on February 27, 2013, upon the following:

William C. Miller, Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

Thomas J. Higgins
4027 North Warner Road
Lafayette Hill, PA 19444

MICHAEL W. GALLAGHER
1000 Germantown Pike
Suite A-1
Plymouth Meeting, PA 19462

/s/  Kevin T. McQuail
MARGARET GAIRO, ESQUIRE, I.D.# 34419
MARISA J. COHEN, ESQUIRE, I.D. # 87830
KEVIN T. McQUAIL, ESQUIRE, I.D. # 307169
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
Attorney for HSBC CONSUMER LENDING MORTGAGE SERVICES, INC
123 South Broad Street, Suite 1400
Philadelphia, PA  19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

LAW OFFICES

# McCABE, WEISBERG & CONWAY, P.C.

TERRENCE J. McCABE
MARC S. WEISBERG
EDWARD D. CONWAY
MARGARET GAIRO
LAURA H.G. O'SULLIVAN
LISA L. WALLACE
JANET Z. CHARLTON
GAYL C. SPIVAK
JASON E. BROOKS
ANDREW L. MARKOWITZ
MICHAEL T. CANTRELL
JOSEPH F. RIGA
HEIDI R. SPIVAK
CAROL ROGERS COBB
COLIN AARON
DIANA C. THEOLOGOU
MARISA J. COHEN
MARK GOLAB
JO-ANN T. LAMBERT-O'NEILL
MELISSA A. SPOSATO
BRIAN T. LaMANNA
ANN E. SWARTZ
LEDEANNA D. ADAMS
MATTHEW E. RUSSELL
NATALIE GIRALDO
ERIN M. BRADY
DIANE BRADSHAW
CHARLES A. HIGGS
LAURA T. CURRY
ANTOINETTE N. MOORE
KEVIN T. McQUAIL
ALEXANDRA T. GARCIA
STACYANN BULLEN
MICHAEL T. ROZEA
JONATHAN ELEFANT
LAURA L. LATTA
ABBY K. MOYNIHAN
CHRISTINE L. GRAHAM
SHEERA G. ENGRISSEI
NANCY TOSSON
JOSE O. HASBUN
JONATHAN POLLACK
RICHARD J. SUZOR, JR
LUCAS M. ANDERSON
JEFF WINSTON
DANIEL FANASELLE
WILLIAM D. JENNINGS
MEGAN R. STERBACK
JOSEPH I. FOLEY
KYLE J. MOULDING
JOHN T. PICCINNINI
JON GASIOR
JOSEPH C. COLEMAN

See www.mwc-law.com for licensing.

SUITE 1400
123 SOUTH BROAD STREET
PHILADELPHIA, PA  19109
(215) 790-1010
**FAX** (215) 790-1274

SUITE 303
216 HADDON AVENUE
WESTMONT, NJ 08108
(856) 858-7080
**FAX** (856) 858-7020

SUITE 210
145 HUGUENOT STREET
NEW ROCHELLE, NY 10801
(914)-636-8900
**GENERAL FAX** (914) 636-8901

SUITE 800
312 MARSHALL AVENUE
LAUREL, MD 20707
(301) 490-3361
**FAX** (301) 490-1568
Also servicing the District of Columbia

SUITE 202
4021 UNIVERSITY DRIVE
FAIRFAX, VA 22030
(866) 656-0379

SUITE 100
30 BUXTON FARMS ROAD
STAMFORD, CT 06905
(203) 992-8200
**FAX**: (855) 425-1979

SUITE 130
DELAWARE CORPORATE CENTER I
ONE RIGHTER PARKWAY
WILMINGTON, DELAWARE 19803
(302) 409-3520
**FAX** 855-425-1980

February 27, 2013

| | |
|---|---|
| William C. Miller, Trustee<br>111 S. Independence Mall<br>Suite 583<br>Philadelphia, PA 19106 | Thomas J. Higgins<br>4027 North Warner Road<br>Lafayette Hill, PA 19444 |

MICHAEL W. GALLAGHER
1000 Germantown Pike
Suite A-1
Plymouth Meeting, PA 19462

RE:    Thomas J. Higgins
       Chapter 13/Bankruptcy No. 11-19183 JKF

Dear Parties:

Enclosed please find a copy of the Objection to Confirmation of Debtor's Chapter 13 Plan. The original has been sent for filing with the Court.

Should you have any questions, please feel free to contact me at the telephone number listed above.

Very truly yours,


Danielle Dougherty, Paralegal for Kevin T. McQuail
McCABE, WEISBERG AND CONWAY
/dd
Enclosure

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Thomas J. Higgins<br><br>                    Debtor<br><br><br>HSBC CONSUMER LENDING MORTGAGE<br>SERVICES, INC, or its Successor or Assignee<br>                    Movant<br>            vs.<br><br>William C. Miller, Trustee, Trustee<br>Thomas J. Higgins<br><br>                  Respondent | Chapter 13<br>Bankruptcy No. 11-19183 JKF |

**ORDER**

Upon consideration of the objection of Creditor to confirmation of the Chapter 13 plan, and after notice and hearing , it is hereby

ORDERED that the objection is sustained.

BY THE COURT,

_____